Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Ashley Yepez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY YEPEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No.  CV 07 08081 SH<br><br><u>ORDER AWARDING EAJA FEES</u> |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees  under EAJA in the amount TWO THOUSAND ONE HUNDRED THREE DOLLARS and 75/cents ($2,103.75.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced Stipulation.

Dated: September 23, 2008                    / S /

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

-1-